UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                           Case No.:  2:24-cr-114-SPC-NPM

CARMELO SANTIAGO-RUIZ,

    Defendant.
_____/

## ORDER

Defendant Carmelo Santiago-Ruiz has a pending violation of supervised release before the Honorable Judge Richard A. Lazzara, Docket No. 8:20-cr-131-RAL-CPT, in the Tampa Division.   The pending violation stems from the charges in the Indictment filed in the instant offense.   For the sake of judicial economy, and with Judge Lazzara's consent, the Court transfers this case to the Tampa Division.

Accordingly, it is

**ORDERED:**

The Clerk is **DIRECTED** to **TRANFER** this case to the Tampa Division of the United States District Court for the Middle District of Florida and assign the Honorable Richard A. Lazzara as the presiding judge, with his consent, for

all future proceedings.

**DONE** and **ORDERED** in Fort Myers, Florida on September 12, 2024.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:   All Parties of Record

2